IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | I N D I C T M E N T |
| v. | Case No. _____ |
| TERRANCE C. JACKSON | Violation: 18 U.S.C. §§ 113(a)(3), 1111, and 1153 |

COUNT ONE

**Second-Degree Murder within Indian Country**

The Grand Jury Charges:

On or about March 27, 2014, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

TERRANCE C. JACKSON,

an Indian, did unlawfully kill a human being, namely, Gerald Smith, with malice aforethought;

In violation of Title 18, United States Code, Sections 1111 and 1153.

COUNT TWO

**Assault with a Dangerous Weapon**

The Grand Jury Further Charges:

On or about March 27, 2014, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

TERRANCE C. JACKSON,

an Indian, assaulted Gerald Smith with a dangerous weapon, with intent to cause bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

A TRUE BILL:

/s/ Grand Jury Foreperson
Foreperson

/s/ Timothy Q. Purdon
TIMOTHY Q. PURDON
United States Attorney

RLV:rab